UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

BARRETT HOLLOWAY MOORE,   Chapter 7
                          Case No. 17-20106-dob
    Debtor.          Hon. Daniel S. Opperman
_____/

BRAD THOR,

    Plaintiff,

v.                        Adv. Pro. No. 17-02039-dob

BARRETT HOLLOWAY MOORE,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT REGARDING DAMAGES CAP

Defendant having filed his Motion for Reconsideration of Summary Judgment as to Damages Cap and supporting brief (Dkt. No. 120) (the "Motion"); the Court having reviewed the Motion and issued its Opinion Regarding Defendant's Motion for Reconsideration of April 27, 2023 Opinion and Order Regarding Defendant's Motion for Summary Judgment Limited to Issue of Capped Damages Amount (Dkt. No. 121) (the "Opinion"); now, therefore, for the reasons set forth in the Opinion,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Plaintiff's damages in this adversary proceeding shall be capped at $350,000 as set forth in the Stipulated Judgment Regarding Plaintiff's First Amended Complaint that is

attached as Exhibit A to Plaintiff's proof of claim in the above-captioned bankruptcy case (Claim No. 1), with an adjustment to $363,763.71, with a reservation to adjust these amounts further for properly supported costs and interest as allowed by Michigan law.

**Signed on June 9, 2023**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge